UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                          ORDER
     v.                                    99-CR-002A

DAVID WILLIAMS,

                Defendant.

---

The defendant's motion for appointment of counsel under the Criminal Justice Act, 18 U.S.C. § 3006A, and for an adjournment of the hearing currently scheduled for November 28, 2006, is granted.  The defendant's request to obtain the services of a private investigator is denied.  The hearing is adjourned to February 13 and 14, 2007, at 9:00 am.

      IT IS SO ORDERED.

                                      /s/ Richard J. Arcara
                                HONORABLE RICHARD J. ARCARA
                                CHIEF JUDGE
                                UNITED STATES DISTRICT COURT

DATED: October 26    , 2006